Certificate Number: 05781-TXS-DE-041555179

Bankruptcy Case Number: 26-26636

05781-TXS-DE-041555179

United States Courts
Southern District of Texas
FILED
*October 19, 2026*
Nathan Ochsner, Clerk of Cou

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 13, 2026, at 12:49 o'clock PM PDT, Sheryl Meshell Theis completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Texas.

Date: October 13, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President